**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF WYOMING

Case number *(if known)* _____  Chapter __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **SRPC Properties, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-1412130** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **9614 Kentucky Street** <br> **Cheyenne, WY 82009** <br> Number, Street, City, State & ZIP Code | **P.O. Box 22410** <br> **Cheyenne, WY 82003** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Laramie** <br> County | **Location of principal assets, if different from principal place of business** <br> **Cascade, Colorado; Pueblo, Colorado; and Corpus Christi, Texas** <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | SRPC Properties, LLC | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor   **SRPC Properties, LLC**                           Case number (*if known*) _____
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____     Relationship _____

District _____   When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

▬▬▬ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **SRPC Properties, LLC**                                    Case number (*if known*)
         Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **SRPC Properties, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 25, 2023**
MM / DD / YYYY

**X /s/ Shirley Carson**
Signature of authorized representative of debtor

**Shirley Carson**
Printed name

Title    **Member**

**18. Signature of attorney**

**X /s/ Bradley T. Hunsicker**    Date    **May 25, 2023**
Signature of attorney for debtor    MM / DD / YYYY

**Bradley T. Hunsicker 7-4579**
Printed name

**Markus Williams Young & Hunsicker**
Firm name

**2120 Carey Avenue, Suite 101**
**Cheyenne, WY 82001**
Number, Street, City, State & ZIP Code

Contact phone    **(307) 778 8178**    Email address    **bhunsicker@markuswilliams.com**

**7-4579 WY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **SRPC Properties, LLC**

United States Bankruptcy Court for the:   DISTRICT OF WYOMING

Case number (if known)      _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 25, 2023**         *X* /s/ Shirley Carson
_____                        Signature of individual signing on behalf of debtor

                                       **Shirley Carson**
                                       Printed name

                                       **Member**
                                       Position or relationship to debtor

Fill in this information to identify the case:

Debtor name  **SRPC Properties, LLC**

United States Bankruptcy Court for the:  **DISTRICT OF WYOMING**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bankers Healthcare Group, LLC 10234 W. State Road 84 Davie, FL 33324** | | **Working Capital Loan** | **Unliquidated Disputed** | **$250,495.00** | **$129,635.25** | **$120,859.75** |

**Fill in this information to identify the case:**

Debtor name   **SRPC Properties, LLC**

United States Bankruptcy Court for the:   DISTRICT OF WYOMING

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
      Copy line 88 from *Schedule A/B*..................................................................................   $    **2,565,000.00**

   **1b. Total personal property:**
      Copy line 91A from *Schedule A/B*..............................................................................   $    **129,635.25**

   **1c. Total of all property:**
      Copy line 92 from *Schedule A/B*................................................................................   $    **2,694,635.25**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $    **1,725,437.62**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................   $    **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$    **0.00**

4. **Total liabilities** ....................................................................................................
   Lines 2 + 3a + 3b   $    **1,725,437.62**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __**SRPC Properties, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF WYOMING__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank** | **Checking Account** | | $129,635.25 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.** | | $129,635.25 |

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:    Investments

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

Debtor    **SRPC Properties, LLC**                                    Case number *(If known)* _____
_____
Name

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **8370 W. Hwy 24, Cascade, Colorado 80809** | Fee simple | $0.00 | | $1,500,000.00 |
| 55.2.  **1649 14th Street, Corpus Christi, Texas 78410; 1645 14th Street, Corpus Christi, Texas 78410; and 1653 14th Street, Corpus Christi, Texas 78410** | Fee simple | $0.00 | | $365,000.00 |

---

Debtor     **SRPC Properties, LLC**                                              Case number *(If known)* _____
             Name

| 55.3. | **10638 Kingwood Drive, Corpus Christi, Texas 78410** | Fee simple | $0.00 | | $240,000.00 |
|---|---|---|---|---|---|
| 55.4. | **1334 E. 4th Street, Pueblo, Colorado 81001** | Fee simple | $0.00 | | $460,000.00 |

**56.     Total of Part 9.**                                                                           $2,565,000.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.     Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

**58.     Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:     Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:     All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71.     Notes receivable**
Description (include name of obligor)

**72.     Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.     Interests in insurance policies or annuities**

**74.     Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.     Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**Potential Causes of action against Jump and Shout LLC and/or Stafford Carpenter**                                    $0.00

| Nature of claim | Lender Liability |
|---|---|
| Amount requested | $0.00 |

**76.     Trusts, equitable or future interests in property**

Debtor    **SRPC Properties, LLC**
_____    Case number *(If known)* _____
       Name

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                                    | $0.00 |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **SRPC Properties, LLC**                                    Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $129,635.25 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................................> | | $2,565,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $129,635.25 | + 91b. $2,565,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,694,635.25 |

**Fill in this information to identify the case:**

Debtor name    **SRPC Properties, LLC**

United States Bankruptcy Court for the:    DISTRICT OF WYOMING

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Bankers Healthcare Group, LLC**<br>Creditor's Name<br><br>**10234 W. State Road 84**<br>**Davie, FL 33324**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2/15/2023**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Accounts**<br><br>Describe the lien<br>**UCC-1**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | $250,495.00 | $129,635.25 |
| **2.2** **Community Loan Servicing, LLC**<br>Creditor's Name<br>**4425 Ponce De Leon Blvd, Ste 300**<br>**Coral Gables, FL 33146**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2/18/2019**<br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**8370 W. Hwy 24, Cascade, Colorado 80809**<br><br>Describe the lien<br>**Deed of Trust/Mortgage/Assignment of Rents**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $576,267.04 | $1,500,000.00 |

Debtor    **SRPC Properties, LLC**                                          Case number (if known) _____
_____
Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ■ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| **1. Jump and Shout LLC** | ■ Disputed |
| **2. Community Loan Servicing, LLC** | |

---

| 2.3 | **Emerald Isle Lending Company** | Describe debtor's property that is subject to a lien | $171,623.33 | $460,000.00 |
|---|---|---|---|---|

Creditor's Name

**9828 E. Evans Place
Denver, CO 80231**                          **1334 E. 4th Street, Pueblo, Colorado 81001**

Creditor's mailing address

                                            Describe the lien
                                            **Deed of Trust/Mortgage/Assignment of Rents**
                                            **Is the creditor an insider or related party?**
Creditor's email address, if known          ■ No
                                            ☐ Yes
                                            **Is anyone else liable on this claim?**
**Date debt was incurred**                  ■ No
                                            ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Jump and Shout LLC** | Describe debtor's property that is subject to a lien | $350,000.00 | $1,500,000.00 |
|---|---|---|---|---|

Creditor's Name

**2021 W. Colorado
Colorado Springs, CO
80904**                                     **8370 W. Hwy 24, Cascade, Colorado 80809**

Creditor's mailing address

                                            Describe the lien
                                            **Deed of Trust/Mortgage/Assignment of Rents**
                                            **Is the creditor an insider or related party?**
Creditor's email address, if known          ■ No
                                            ☐ Yes
                                            **Is anyone else liable on this claim?**
**Date debt was incurred**                  ☐ No
**4/30/2020**                               ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ■ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| **Specified on line 2.2** | ■ Disputed |

---

| 2.5 | **Planet Home Lending** | Describe debtor's property that is subject to a lien | $82,297.95 | $240,000.00 |
|---|---|---|---|---|

Creditor's Name

**321 Research Parkway,
Suite 303
Meriden, CT 06450**                         **10638 Kingwood Drive, Corpus Christi, Texas 78410**

Debtor   **SRPC Properties, LLC**                                       Case number (if known) _____
_____
Name

Creditor's mailing address                  Describe the lien
                                            **Deed of Trust/Mortgage/Assignment of Rents**
                                            Is the creditor an insider or related party?
_____
                                            ■ No
Creditor's email address, if known           ☐ Yes
                                            Is anyone else liable on this claim?

Date debt was incurred                       ■ No
                                            ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
Last 4 digits of account number

Do multiple creditors have an                As of the petition filing date, the claim is:
interest in the same property?               Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.

---

| 2.6 | **Winpro Funds LLC** | Describe debtor's property that is subject to a lien | $294,754.30 | $365,000.00 |

Creditor's Name

**6801 S. Empona St, #210**          **1649 14th Street, Corpus Christi, Texas**
**Greenwood Village, CO**            **78410; 1645 14th Street, Corpus Christi,**
**80112**                            **Texas 78410; and 1653 14th Street, Corpus**
                                     **Christi, Texas 78410**
Creditor's mailing address

                                     Describe the lien
                                     **Deed of Trust/Mortgage/Assignment of Rents**
                                     Is the creditor an insider or related party?
_____
                                     ■ No
Creditor's email address, if known    ☐ Yes
                                     Is anyone else liable on this claim?

Date debt was incurred                ■ No
                                     ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
Last 4 digits of account number

Do multiple creditors have an         As of the petition filing date, the claim is:
interest in the same property?        Check all that apply
■ No                                  ☐ Contingent
☐ Yes. Specify each creditor,         ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,725,437.62 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Emerald Isle Lending Company**<br>P.O. Box 24105<br>Denver, CO 80224 | Line  2.3 | |
| **John Finger**<br>226 ½ S. Union Ave., Suite 201<br>Pueblo, CO 81003 | Line  2.4 | |

Debtor    **SRPC Properties, LLC**

Name

Case number (if known)

**Peoples Bank**
**330 Whitney Avenue**
**Holyoke, MA 01040**

Line    **2.1**

**Fill in this information to identify the case:**

Debtor name      **SRPC Properties, LLC**

United States Bankruptcy Court for the:      DISTRICT OF WYOMING

Case number (if known)      _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Archuletas Waste**
**1419 Greene Ave**
**Pueblo, CO 81004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Black Hills Energy**
**P.O. Box 601**
**Rapid City, SD 57709-6001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Black Hills Energy**
**105 S Victoria Ave**
**Pueblo, CO 81003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Board of Water Works**
**319 W 4th St**
**Pueblo, CO 81003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **SRPC Properties, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Corpus Christi**
**1201 Leopard**
**Corpus Christi, TX 78401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Colorado Springs Utilities**
**PO Box 340**
**Colorado Springs, CO 80901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Teller County Waste**
**P.O. Box 7258**
**Woodland Park, CO 80863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Xcel Energy**
**615 West Street**
**Pueblo, CO 81006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 0.00 |
| 5c. Total of Parts 1 and 2 | 5c. | $ | 0.00 |
| Lines 5a + 5b = 5c. | | | |

**Fill in this information to identify the case:**

Debtor name **SRPC Properties, LLC**

United States Bankruptcy Court for the: DISTRICT OF WYOMING

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Residential Lease - Lessor** State the term remaining **1 year 4 months** List the contract number of any government contract | **Adrian Contreras 10368 Kingwood Drive Corpus Christi, TX 78410** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Residential Lease - Lessor** State the term remaining **month to month** List the contract number of any government contract | **Andrew Stewart and Shawna Alexander 8370 W. Hwy 24, Unit 6 Cascade, CO 80809** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **Residential Lease - Lessor** State the term remaining **month to month** List the contract number of any government contract | **Anna Newton and Franco Newton 8370 W. Hwy 24, Unit 2 Cascade, CO 80809** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest **Property Management Agreement** State the term remaining **month to month** List the contract number of any government contract | **Blake Allen 108 Canon Avenue Manitou Springs, CO 80829** |

Debtor 1   **SRPC Properties, LLC**                                      Case number (*if known*) _____
      First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease - Lessor** | |
| State the term remaining — **month to month** | **Christina Winfrey**<br>**1334 E. 4th Street, Unit 8**<br>**Pueblo, CO 81001** |
| List the contract number of any government contract | |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease - Lessor** | |
| State the term remaining — **month to month** | **Dave Gaskins**<br>**8370 W. Hwy 24, Unit 4**<br>**Cascade, CO 80809** |
| List the contract number of any government contract | |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease - Lessor** | |
| State the term remaining — **month to month** | **Heather Taddonio**<br>**8370 W. Hwy 24, Unit 7**<br>**Cascade, CO 80809** |
| List the contract number of any government contract | |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease - Lessor** | |
| State the term remaining — **month to month** | **Jay Garza**<br>**1653 14th Street**<br>**Corpus Christi, TX 78410** |
| List the contract number of any government contract | |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease - Lessor** | |
| State the term remaining — **month to month** | **Jennifer Olson**<br>**8370 W. Hwy 24, Unit 8**<br>**Cascade, CO 80809** |
| List the contract number of any government contract | |

| Debtor 1 | SRPC Properties, LLC | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease - Lessor** | |
|---|---|---|---|
| | State the term remaining | **2 years** | |
| | List the contract number of any government contract | | **Jerry Garcia**<br>**1649(B) 14th Street**<br>**Corpus Christi, TX 78410** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease - Lessor** | |
|---|---|---|---|
| | State the term remaining | **month to month** | |
| | List the contract number of any government contract | | **Jessica Gomez**<br>**8370 W. Hwy 24, Unit 3**<br>**Cascade, CO 80809** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease - Lessor** | |
|---|---|---|---|
| | State the term remaining | **2 years** | |
| | List the contract number of any government contract | | **Josh Betts**<br>**1949(A) 14th Street**<br>**Corpus Christi, TX 78410** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease - Lessor** | |
|---|---|---|---|
| | State the term remaining | **month to month** | |
| | List the contract number of any government contract | | **Kelsey Collis and Ronald Buffington**<br>**8370 W. Hwy 24, Unit 5**<br>**Cascade, CO 80809** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease - Lessor** | |
|---|---|---|---|
| | State the term remaining | **month to month** | |
| | List the contract number of any government contract | | **Lori Jones**<br>**1334 E. 4th Street, Unit 7**<br>**Pueblo, CO 81001** |

| Debtor 1 | **SRPC Properties, LLC** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.15. State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease - Lessor** |
| State the term remaining | **5 months** |
| List the contract number of any government contract | **Mary Estrada**<br>**1334 E. 4th Street, Unit 3**<br>**Pueblo, CO 81001** |
| 2.16. State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease - Lessor** |
| State the term remaining | **month to month** |
| List the contract number of any government contract | **Nick Thornton**<br>**1334 E. 4th Street, Unit 2**<br>**Pueblo, CO 81001** |
| 2.17. State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease - Lessor** |
| State the term remaining | **month to month** |
| List the contract number of any government contract | **Nikkee Fluett**<br>**8370 West Hwy 24, Unit 9**<br>**Cascade, CO 80809** |
| 2.18. State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease - Lessor** |
| State the term remaining | **4 months** |
| List the contract number of any government contract | **Robert Mona**<br>**1334 E. 4th Street, Unit 1**<br>**Pueblo, CO 81001** |
| 2.19. State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease - Lessor** |
| State the term remaining | **2 years** |
| List the contract number of any government contract | **Rosemary Helsel and John Helsel**<br>**1645(B) 14th Street**<br>**Corpus Christi, TX 78410** |

| Debtor 1 | **SRPC Properties, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease - Lessor** | |
|---|---|---|---|
| | State the term remaining | **2 years** | |
| | List the contract number of any government contract | | **Victor Ibarra and Amanda Ibarra**<br>**1645(A) 14th Street**<br>**Corpus Christi, TX 78410** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease - Lessor** | |
|---|---|---|---|
| | State the term remaining | **month to month** | |
| | List the contract number of any government contract | | **Yvette Matheny and Aaron Rapier**<br>**8370 W. Hwy 24, Unit 1**<br>**Cascade, CO 80809** |

**Fill in this information to identify the case:**

Debtor name **SRPC Properties, LLC**

United States Bankruptcy Court for the: DISTRICT OF WYOMING

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Jump and Shout, LLC** | **2021 W. Colorado**<br>**Colorado Springs, CO 80904** | **Community Loan Servicing, LLC** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Shirley Carson** | **9614 Kentucky Street**<br>**Cheyenne, WY 82009** | **Bankers Healthcare Group, LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Shirley Carson** | **9614 Kentucky Street**<br>**Cheyenne, WY 82009** | **Jump and Shout LLC** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |

## United States Bankruptcy Court
### District of Wyoming

In re   **SRPC Properties, LLC**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Shirley Carson**<br>**9614 Kentucky Street**<br>**Cheyenne, WY 82009** | | | **100% membership interests** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 25, 2023**

Signature   **/s/ Shirley Carson**

**Shirley Carson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### District of Wyoming

In re   **SRPC Properties, LLC**                                    Case No.

                                          Debtor(s)         Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **May 25, 2023**                    **/s/ Shirley Carson**

                                          **Shirley Carson/Member**
                                          Signer/Title

Adrian Contreras
10368 Kingwood Drive
Corpus Christi, TX 78410


Andrew Stewart and Shawna Alexander
8370 W. Hwy 24, Unit 6
Cascade, CO 80809


Anna Newton and Franco Newton
8370 W. Hwy 24, Unit 2
Cascade, CO 80809


Archuletas Waste
1419 Greene Ave
Pueblo, CO 81004


Bankers Healthcare Group, LLC
10234 W. State Road 84
Davie, FL 33324


Black Hills Energy
P.O. Box 601
Rapid City, SD 57709-6001


Black Hills Energy
105 S Victoria Ave
Pueblo, CO 81003


Blake Allen
108 Canon Avenue
Manitou Springs, CO 80829


Board of Water Works
319 W 4th St
Pueblo, CO 81003

Christina Winfrey
1334 E. 4th Street, Unit 8
Pueblo, CO 81001


City of Corpus Christi
1201 Leopard
Corpus Christi, TX 78401


Colorado Springs Utilities
PO Box 340
Colorado Springs, CO 80901


Community Loan Servicing, LLC
4425 Ponce De Leon Blvd, Ste 300
Coral Gables, FL 33146


Dave Gaskins
8370 W. Hwy 24, Unit 4
Cascade, CO 80809


Emerald Isle Lending Company
9828 E. Evans Place
Denver, CO 80231


Emerald Isle Lending Company
P.O. Box 24105
Denver, CO 80224


Heather Taddonio
8370 W. Hwy 24, Unit 7
Cascade, CO 80809


Jay Garza
1653 14th Street
Corpus Christi, TX 78410

Jennifer Olson
8370 W. Hwy 24, Unit 8
Cascade, CO 80809


Jerry Garcia
1649(B) 14th Street
Corpus Christi, TX 78410


Jessica Gomez
8370 W. Hwy 24, Unit 3
Cascade, CO 80809


John Finger
226 ½ S. Union Ave., Suite 201
Pueblo, CO 81003


Josh Betts
1949(A) 14th Street
Corpus Christi, TX 78410


Jump and Shout LLC
2021 W. Colorado
Colorado Springs, CO 80904


Jump and Shout, LLC
2021 W. Colorado
Colorado Springs, CO 80904


Kelsey Collis and Ronald Buffington
8370 W. Hwy 24, Unit 5
Cascade, CO 80809


Lori Jones
1334 E. 4th Street, Unit 7
Pueblo, CO 81001

Mary Estrada
1334 E. 4th Street, Unit 3
Pueblo, CO 81001


Nick Thornton
1334 E. 4th Street, Unit 2
Pueblo, CO 81001


Nikkee Fluett
8370 West Hwy 24, Unit 9
Cascade, CO 80809


Peoples Bank
330 Whitney Avenue
Holyoke, MA 01040


Planet Home Lending
321 Research Parkway, Suite 303
Meriden, CT 06450


Robert Mona
1334 E. 4th Street, Unit 1
Pueblo, CO 81001


Rosemary Helsel and John Helsel
1645(B) 14th Street
Corpus Christi, TX 78410


Shirley Carson
9614 Kentucky Street
Cheyenne, WY 82009


Teller County Waste
P.O. Box 7258
Woodland Park, CO 80863

Victor Ibarra and Amanda Ibarra
1645(A) 14th Street
Corpus Christi, TX 78410


Winpro Funds LLC
6801 S. Empona St, #210
Greenwood Village, CO 80112


Xcel Energy
615 West Street
Pueblo, CO 81006


Yvette Matheny and Aaron Rapier
8370 W. Hwy 24, Unit 1
Cascade, CO 80809

# United States Bankruptcy Court
### District of Wyoming

In re   **SRPC Properties, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **SRPC Properties, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 25, 2023**

Date

**/s/ Bradley T. Hunsicker**

**Bradley T. Hunsicker 7-4579**

Signature of Attorney or Litigant

Counsel for   **SRPC Properties, LLC**

**Markus Williams Young & Hunsicker**
**2120 Carey Avenue, Suite 101**
**Cheyenne, WY 82001**
**(307) 778 8178 Fax:(307) 778 8953**
**bhunsicker@markuswilliams.com**